Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DANAE ELIZABETH CLOHAN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANAE ELIZABETH CLOHAN,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 3:12-CV-01696-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DANAE ELIZABETH CLOHAN, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DANAE ELIZABETH CLOHAN, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1 | Dated: December 20, 2012

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
DANAE ELIZABETH CLOHAN

Dated: December 20, 2012

/s/ William S. Weisberg
William S. Weisberg, Esq.
Attorney for Defendant
ABC LEGAL SERVICES, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

_____
The Honorable Edward M. Chen
Judge of the District Court

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                Case No. 3:12-CV-01696-EMC