1

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.

2

12 South First Street, Suite 1014
San Jose, California  95113-2418

3

Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

4

Email Address: fred.schwinn@sjconsumerlaw.com

5

Attorney for Plaintiff

6

DANAE ELIZABETH CLOHAN

7

8

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

## SAN FRANCISCO DIVISION

10

| | |
|---|---|
| DANAE ELIZABETH CLOHAN, | Case No. 3:12-CV-01696-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

11

12

13

14

15

16

17

18

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DANAE ELIZABETH CLOHAN, and

19

Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

20

1.    The dispute between the parties has been settled, therefore, the claims asserted by

21

Plaintiff, DANAE ELIZABETH CLOHAN, against Defendants, ABC LEGAL SERVICES, INC., and

22

MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice,

23

pursuant to Fed. R. Civ. P. 41(a)(1).

24

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1    Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                  Fred W. Schwinn, Esq.
2                                                 Attorney for Plaintiff
3                                                 DANAE ELIZABETH CLOHAN

4

5    Dated:  December 20, 2012                    /s/ William S. Weisberg
                                                  William S. Weisberg, Esq.
6                                                 Attorney for Defendant
                                                  ABC LEGAL SERVICES, INC.
7

8

9    THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
10

11   Dated: _____1/10/13_____

12                                                              _____ ed M. Chen
                                                                       pur
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        Case No. 3:12-CV-01696-EMC